UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeEARL FOSTER,<br><br>   Petitioner,<br><br> v.<br><br>RAMIREZ, et al.,<br><br>   Respondents. | No. 2:24-cv-2800 WBS AC P<br><br><br>ORDER |

  Petitioner, a former state and current county inmate proceeding without counsel, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Pending before the court is petitioner's request for status. ECF No. 14. This order serves as a response to plaintiff's request for status.

  Plaintiff is informed that on May 22, 2025, the court found that his application for writ of habeas corpus does not state any grounds for relief and ordered that it not be served. ECF No. 11 at 2. The court provided him with thirty days to file an amended petition. Id. On June 11, 2025, the court denied petitioner's motion for appointment of counsel. ECF No. 13.

  The deadline to file an amended petition is today, June 24, 2025. The court has not received an amended petition. Petitioner will be given one final opportunity to file an amended petition.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for status (ECF No. 14) is GRANTED. This order serves as a response.

2. Plaintiff shall file an amended petition by July 18, 2025. Any amended petition must bear the case number assigned to this action and the title "First Amended Petition." Failure to file an amended petition will result in a recommendation that this action be dismissed without further warning.

3. As a one-time courtesy, the Clerk of the Court is directed to resend to petitioner the court's May 22, 2025 (ECF No. 11) and June 11, 2025 (ECF No. 13) orders, and the court's form for an application for writ of habeas corpus.

DATED: June 24, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE