1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DeEARL FOSTER,                         No.  2:24-cv-2800 WBS AC P

12                    Petitioner,

13          v.                               FINDINGS & RECOMMENDATIONS

14    RAMIREZ, et al.,

15                    Respondents.

16

17          By order filed May 22, 2025, the court screened petitioner's application for writ of habeas

18    corpus and found that it did not state any grounds for relief, and ordered that it not be served.

19    ECF No. 11.  Petitioner was given thirty days to file an amended petition and cautioned that

20    failure to do so would result in a recommendation that this action be dismissed.  Id. at 2.  After

21    petitioner failed to file an amended habeas corpus petition, he was given an additional three

22    weeks, until July 18, 2025, to file an amended petition and warned that failure to do so would

23    result in a recommendation that this action be dismissed *without further warning*.  ECF No. 15.

24    The deadline has long since passed, and plaintiff has not filed an amended petition or otherwise

25    responded to the court's order.

26          Accordingly, IT IS RECOMMENDED that the complaint be dismissed for failure to state

27    a claim for relief for the reasons set forth in the May 22, 2025, screening order (ECF No. 11), and

28    for failure to prosecute and comply with this court's orders.  See L.R. 110; Fed. R. Civ. P. 41(b);

                                               1

1   28 U.S.C. § 1915A.

2          These findings and recommendations are submitted to the United States District Judge

3   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

4   after being served with these findings and recommendations, petitioner may file written

5   objections with the court and serve a copy on all parties.  Such a document should be captioned

6   "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that

7   failure to file objections within the specified time may waive the right to appeal the District

8   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9   DATED: September 22, 2025

10  _____
    ALLISON CLAIRE
11  UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28