UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeEARL FOSTER, | No. 2:24-cv-2800 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| RAMIREZ, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 22, 2025, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 16. Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 16) are adopted in full;

2. The complaint is dismissed for failure to state a claim for relief for the reasons set forth

1

1  in the May 22, 2025, screening order (ECF No. 11), and for failure to prosecute and comply with
2  this court's orders.  See L.R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A.
3        3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.
4  § 2253.

Dated:  October 22, 2025

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

fost2800.800.hc.jo

2